In the Matter of the Claim of CHARLES ELDERKIN, Respondent, against YATES LUMBER COMPANY OF PENN YAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JULIA McCARTHY, Respondent, against WALSH CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SIMPSON and RICHARD SMITH, Appellants.— Judgment of conviction unanimously affirmed. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE PLAT-KOWITZ, Appellant.■— Judgment of conviction affirmed. Davis, Whitmyer and Hasbrouck, JJ., concur; Hinman, Acting P. J., and Hill, J., dissent and vote for reversal and a new trial.

PHILIPSBURGH CONSTRUCTION COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY HAMMOND, Appellant.— Judgment of conviction unanimously affirmed. (See People ex rel. Goldstein v. Clancy, 163 App. Div. 614, 616.) Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

WARNER-QUINLAN COMPANY, Appellant, v. ELIZABETH W. SMITH, Respondent. — Judgment affirmed, with costs. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents. [134 Misc. 649.]